IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM SMITH, | | |
| Petitioner, | | No. C08-2056 |
| vs. | | ORDER |
| UNNAMED RESPONDENT - FT. DODGE CORRECTIONAL FACILITY, | | |
| Respondent. | | |

This matter is before the court on petitioner's application for a writ of habeas corpus, filed August 15, 2008. Respondent shall file response.

Petitioner, currently confined at the Fort Dodge Correctional Facility, Ft. Dodge, Iowa, the brings this action under 28 USC §2254 to challenge the legality of incarceration imposed by the Iowa District Court for Blackhawk County following a finding of contempt arising from his violation of a no-contact order. Petitioner raises issues of a disproportionate sentence to that received by his wife who also violated the order (Ground 1), failure to use his wife's testimony (Ground 2), his wife did not want the no-contact order (Ground 3),and that he intends to leave the state with his wife after completion of his sentence(Ground 4), all as set forth in the Petition.

Pursuant to Rule 4 and 5 of the Rules Governing Section 2254 Cases, Respondent shall file a response to the Petition.

It is therefore

ORDERED

On behalf of the appropriate officer, by not later than Monday, October 20, 2008, the Attorney General of Iowa shall file a response pursuant to Rule 4 and 5 of the Rules Governing Section 2254 Cases.

September 9, 2008.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT