# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM SMITH, | |
| Petitioner, | No. C08-2056 |
| vs. | ORDER |
| UNNAMED RESPONDENT - FT. DODGE CORRECTIONAL FACILITY, | |
| Respondent. | |

This matter is before the court on respondent's resisted Motion to Dismiss, filed October 27, 2008.  Granted.

On September 9, 2008, the court directed the Attorney General of Iowa to respond to the instant habeas corpus petition.  Respondent seeks dismissal, asserting that petitioner's claims are procedurally defaulted for failure to exhaust state court remedies and for the additional reason that he fails to present constitutional claims.

While petitioner filed a reply to the instant motion, he does not contest the properly supported motion based upon procedural default for failure to have exhausted state court remedies, and therefore the motion shall be granted.  <u>McDonald v. Bowersox</u>, 101 F3d 588, 598 (8th Cir. 1996).

It is therefore

ORDERED

Dismissed.

December 5, 2008.

_Edward J. McManus_
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT